**STATE of Maine**

v.

**Carl McHATTEN**

Supreme Judicial Court of Maine.

Argued May 8, 1987.
Decided May 28, 1987.

John D. McElwee, Dist. Atty., Neal T. Adams (orally), Asst. Dist. Atty., Houlton, for plaintiff.

Donald H. Goodridge (orally), Houlton, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION

Carl McHatten appeals from a judgment in Superior Court (Aroostook County) affirming his conviction in District Court of assault, 17–A M.R.S.A. § 207 (1983). We find no merit in his contention that the evidence was insufficient to establish an offensive physical contact and the necessary culpable state of mind. On all the evidence viewed in the light most favorable to the prosecution, the district court rationally could find beyond a reasonable doubt every element of the offense charged. *State v. Barry*, 495 A.2d 825, 826 (Me. 1985).

The entry is:

Judgment affirmed.

All concurring.